FILED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWELL CARL HOWARD,<br><br>        Petitioner,<br><br>    v.<br><br>FRANCISCO QUINTANA,<br><br>        Respondent. | CASE NO. CV 11-2845-JAK (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: 10/25/2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\HOWARD, H 2845\Order accep r&r.wpd