FILED
CLERK, U.S. DISTRICT COURT

SEP 2 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY / DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWELL CARL HOWARD,<br><br>        Petitioner,<br><br>    v.<br><br>FRANCISCO QUINTANA,<br><br>        Respondent. | CASE NO. CV 11-2845-JAK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/25/2012.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\HOWARD, H 2845\Judgment.wpd